UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVSION

| | |
|---|---|
| JEREMY RAYMO et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC, AND CUMMINS INC. <br><br> Defendants. | 2:17-cv-12168-TGB-SDD <br><br> HON. TERRENCE G. BERG <br><br> **SUPERSEDING ORDER REPLACING STIPULATED ORDER TO FILE AMENDED COMPLAINT AND EXTEND TIME FOR RESPONSES** |

## ORDER

The Court conducted a telephonic conference with counsel on December 19, 2018 to address Defendants' Motion to Extend Deadline for Filing Response to Plaintiffs' First Amended Complaint (ECF No. 21). For good cause shown, that motion is hereby **GRANTED.** Defendants shall have 45 days from the date this Court rules on the pending motions to dismiss in *Bledsoe v. FCA*, No. 4:16-cv-14024 to file their respective

1

responsive pleadings to Plaintiff's First Amended Class Action Complaint (ECF No. 17). The October 26, 2017 Stipulated Order to File Amended Complaint and Extend Time for Responses (ECF No. 15) is hereby vacated. Any further amendment of the complaint may be made only by leave of Court.

**SO ORDERED.**

Dated:  December 20, 2018         s/Terrence G. Berg
                                  TERRENCE G. BERG
                                  UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on December 20, 2018, using the CM/ECF system, which will send notification to all parties.

                                  s/A. Chubb
                                  Case Manager